| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

UNITED STATES OF AMERICA　§
　　　　　　　　　　　　　　　§
*versus*　　　　　　　　　　　§　　CASE NO. 4:03-CR-159(8)
　　　　　　　　　　　　　　　§
ANTHONY LEE JACOBS　　　　　§

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The above-entitled and numbered criminal action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The parties waived their right to file objections to the Report, and Defendant waived his right to be present and allocute at sentencing. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. Based upon Defendant's plea of true to the allegations, the Court finds Defendant violated his conditions of supervised release. It is further

**ORDERED** that Defendant, Anthony Lee Jacobs, is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 21 months with no term of supervised release to follow said term of imprisonment. It is further

**REQUESTED** that Defendant be allowed to serve his sentence at the Fort Worth, Texas facility. It is further

**REQUESTED** that Defendant be allowed to participate in any available drug treatment and mental health treatment programs for which he may be eligible.  It is further

**REQUESTED** that if the defendant is eligible for halfway house placement, he be offered the maximum time allowable.

SIGNED at Beaumont, Texas, this 26th day of June, 2008.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE